**No. 66658.**—E. Dillingham, Inc. *v.* United States, protest 61/12137 (Ogdensburg).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise, covered by entry O–1202, consists of a diaphragm aperture block for a Cobalt therapy unit and the merchandise, covered by entry O–1884, consists of a treatment head for a Cobalt therapy unit, imported for the use of nonprofit organizations, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 3, 1962

**No. 66659.**—Ucacgo, Inc. *v.* United States, protest 58/2376 (Portland, Oreg.).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorative porcelain after-dinner cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.